UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHAYA R. DENCIGER, on behalf of herself
and others similarly situated,              JUDGMENT

         Plaintiff,              20-cv-1048 (BMC)

  - against –

NETWORK RECOVERY SERVICES, INC.,
and JOHN DOES 1-25,

         Defendants.
-----------------------------------------------------------------X

      A Memorandum, Decision, and Order of the Honorable Brian M. Cogan, United States District Judge having been filed on October 7, 2020, granting Defendants' motion to dismiss; it is

      ORDERED and ADJUDGED that Defendants' motion to dismiss is granted; that judgment is hereby entered in favor of Defendants; and that the complaint is dismissed.

Dated: Brooklyn, New York               Douglas C. Palmer
       October 8, 2020                  Clerk of Court

                                                 By:   */s/Jalitza Poveda*
                                                          Deputy Clerk